70 F.3d 1252
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
A.G. EDWARDS, Jr., Plaintiff, Appellant,
v.
Phyllis VELIS, et al., Defendants, Appellees.
 No. 95-1574.
 United States Court of Appeals, First Circuit.
 Dec. 6, 1995.
 
 Appeal from the United States District Court for the District of Massachusetts [Hon. Nancy Gertner, U.S. District Judge]
 A.G. Edwards, Jr. on brief pro se.
 Rhonda T. Maloney and Esdaile, Barrett & Esdaile on brief for appellees Phyllis Velis, Nicole Velis and Christopher Velis.
 Richard K. Donahue, Jr. and Donahue & Donahue on brief for appellee Harvey I. Katzen, M.D.
 William D. Crowe and Crowe & Dunn on brief for appellee Harold M. Goldstein.
 George A. Berman, Deirdre M. Giblin and Posternak, Blankstein & Lund on brief for appellees Frederic A. Swartz and Swartz & Swartz.
 D.Mass.
 AFFIRMED.
 Before SELYA, STAHL and LYNCH, C.J.
 PER CURIAM.
 
 
 1
 After carefully considering the briefs of the parties and reviewing the record, we affirm the judgment of the district court for essentially the reasons stated in its Memorandum & Order, dated April 13, 1995.
 
 
 2
 Affirmed. See Local Rule 27.1.